IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 08-0485
 ((((((((((((((((

 Texas State Board Of Podiatric Medical Examiners, Texas Podiatric Medical
 Association And Bruce A. Scudday, D.P.M., Petitioners

 v.

 Texas Orthopaedic Association, Texas Medical Association, and Andrew M.
 Kant, M.D., Respondents

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The joint motion to abate the appeal, filed on January 9, 2009,
is granted, and this case is ABATED.
 2. This case is removed from the Court's active docket until March
23, 2009, by which time the parties must file either a status report or a
motion to dismiss. The parties shall immediately notify this Court about
any changes in status in the proceedings.

 Done at the City of Austin, this 20th day of January, 2009.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk